FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP - 7 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 4:16CR00204 JLH |
| | ) |
| | ) |
| v. | ) 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | ) 18 U.S.C. § 922(g)(1), 924(c) |
| JASON MICHAEL DANCY | ) |

## INDICTMENT

### COUNT 1

On or about April 13, 2016, in the Eastern District of Arkansas, the defendant,

JASON MICHAEL DANCY

knowingly and intentionally possessed with intent to distribute less than 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

### COUNT 2

On or about April 13, 2016, in the Eastern District of Arkansas,

JASON MICHAEL DANCY

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he can be prosecuted in a court of the United States, to wit, possession with intent to distribute a controlled substance as charged in Count 1 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 3

A.   Prior to April 13, 2016, the defendant, JASON MICHAEL DANCY had been convicted of the following offense:   Possession of Drug Paraphernalia Meth/Cocaine, Pulaski County Circuit Court, case number 60Cr-15-141, August 10, 2015;

B.   The crime set forth in paragraph A above was punishable by a term of imprisonment exceeding one year.

C.   On or about April 13, 2016, in the Eastern District of Arkansas,

JASON MICHAEL DANCY

did knowingly possess the following firearm in and affecting commerce, to wit, one Hi-Point JHP .45 ACP handgun, serial number X4201267, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION 1

Upon conviction of the offenses alleged in Counts 1 and 2 of this Indictment, JASON MICHAEL DANCY shall forfeit to the United States, under 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. §2461(c), all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following: one Hi-Point JHP .45 ACP handgun, serial number X4201267, and all magazines and ammunition seized on April 13, 2016.

## FORFEITURE ALLEGATION 2

Upon conviction of the offense alleged in Count 3 of this Indictment, JASON MICHAEL DANCY shall forfeit to the United States, under 18 U.S.C. § 924(d), and 28 U.S.C. §2461(c), all

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including, but not limited to, the following: one Hi-Point JHP .45 ACP handgun, serial number X4201267, and all magazines and ammunition seized on April 13, 2016.

**[END OF TEXT SIGNATURE PAGE TO FOLLOW]**