**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                       NO. 4:16CR00204-01 JLH

JASON MICHAEL DANCY                                                                   DEFENDANT

## ORDER

Assistant Federal Public Defender Nicole Lybrand has filed a motion to be relieved as counsel of record for defendant Jason Michael Dancy in this matter. Good cause having been shown, the motion is GRANTED. Document #13.

IT IS THEREFORE ORDERED that CJA Panel Attorney Jeff Rosenzweig is hereby appointed to represent defendant Jason Michael Dancy in all further proceedings. Nicole Lybrand and the Office of the Federal Public Defender are relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 24th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE